Form sumntctrad.jsp 03/11

# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

**In Re:** Charles Eugene Aker and Vickie Rena Aker
    **Debtor(s)**

**Case No.** 14–01325 –WSS –7

Charles Aker and
Vickie Aker,

    **Plaintiff(s)**

v.

**Adv. Proc. No.** 14–00112

SE Property Holdings, LLC

    **Defendant(s)**

## SUMMONS AND NOTICE OF TRIAL IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**
United States Bankruptcy Court, 201 St. Louis Street, Mobile, AL 36602

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**
J. Willis Garrett, III, Galloway, Wettermark, Everest & Rutens, LLP, Post Office Box 16629, Mobile, AL 36616–0629

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place:

**Date:** March 31, 2015     **Time:** 10:00 a.m.     **Location:** Courtroom 1

**Address:** United States Bankruptcy Court, 201 St. Louis Street, Mobile, AL 36602
**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT**.

                                                               LEONARD N. MALDONADO
                                                               Clerk, U. S. Bankruptcy Court

                                                               FM
Dated: 12/8/14                                                  Deputy Clerk Initials